JOE ALBERT RAUCH,

                Plaintiff,

v.                                                                   Case No. 20-cv-0360-bhl

MARK SHEREMETA,

                Defendant.

## DECISION AND ORDER

Plaintiff Joe Albert Rauch is representing himself in this §1983 case. Rauch is proceeding on a Fourth Amendment claim based on allegations that Defendant unreasonably strip-searched Rauch during his arrest. Dkt. No. 15 at 3. Although Rauch was incarcerated when he filed his complaint, according to the Wisconsin Department of Corrections online inmate locator, Rauch was released on extended supervision on November 23, 2021. Despite being directed in both the screening order and the scheduling order to notify the Court of any changes to his address, Dkt. Nos. 15 at 5; 24 at 2, Rauch has not provided the Court with updated contact information. The Court also notes that, on December 2, 2021, Defendant filed a motion for summary judgment. Dkt. No. 41. According to the certificate service attached to the motion, Defendant mailed the motion to Waupun Correctional Institution. Given that Rauch had already been released, it is unlikely that he received Defendant's motion.

The Court acknowledges that it takes some time for a person to organize his affairs after being released, but it is also the case that many people lose interest in litigating their cases after being released. It is not clear which is true for Rauch. The Court is sensitive to Defendant's desire

to resolve this case, but it also notes that Defendant filed his motion shortly before discovery closed and more than a month before the January 10, 2022 dispositive motion deadline. With that in mind, the Court will give Rauch until January 10, 2022 to provide the Court with updated contact information. Rauch knew to expect a dispositive motion from Defendant by that date, so if he does not update his contact information by then, the Court will infer that Rauch is no longer interested in prosecuting this case. *See* Civil L. R. 41(c).

**THEREFORE, IT IS ORDERED** that Rauch must inform the Court of his new contact information by **January 10, 2022**. If he does so, he must inform the Court whether he received Defendant's motion for summary judgment. If he does not comply with this order, the Court will dismiss this action based on Rauch's failure to diligently prosecute it.

Dated at Milwaukee, Wisconsin on December 22, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge