UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOE ALBERT RAUCH,

          Plaintiff,

v.                                                     Case No. 20-cv-0360-bhl

MARK SHEREMETA,

          Defendant.

## DECISION AND ORDER

Plaintiff Joe Albert Rauch is representing himself in this 42 U.S.C. §1983 action. On December 22, 2021, the Court observed that, despite being directed multiple times to update the Court with any changes to his address, Rauch had not informed the Court of his new address after being released from prison nearly a month earlier. The Court also observed that Defendant had filed a motion for summary judgment and served the motion by mailing it to the prison, but given that Rauch had already been released, it was unlikely that he had received the motion. The Court gave Rauch until January 10, 2022 to provide updated contact information. The Court ordered that, if Rauch failed to provide updated contact information by the deadline, the Court would infer that he was no longer interested in prosecuting this action and would dismiss this action. Rauch did not comply with the Court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** based on Rauch's failure to diligently prosecute it. *See* Civil L. R. 41(c). The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on January 13, 2022.

                                                  s/ *Brett H. Ludwig*
                                                BRETT H. LUDWIG
                                                United States District Judge